United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN MARKS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:24-cv-243 |
| CITY OF MANVEL, *et al.*, | § § § | |
| Defendants. | § § § § | |

## **ORDER**

Before the court is the defendants' unopposed motion to consolidate lead case 3:24-cv-243 and member case 3:24-cv-244. Dkt. 5. Because the two actions are before the same court, challenge the same federal action, involve the same defendants, address common legal issues, and raise common claims, the court finds that consolidation is appropriate. Fed. R. Civ. P. 42; *see also Miller v. U.S. Postal Serv.*, 729 F.2d 1033, 1036 (5th Cir. 1984).

Accordingly, the court consolidates this matter, Civil Action No. 3:24-cv-243, *John Marks v. City of Manvel, et al.*, with Civil Action No. 3:24-cv-244, *Freddie Douglas v. City of Manvel, et al.*, resulting in one lawsuit under Civil Action No. 3:24-cv-243.

Signed on Galveston Island this 15th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE